EUGENE J. COLEMAN et al., as Administrators of the Estate of JAMES COLEMAN, Deceased, Appellants, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Coleman* v. *N. Y. C. & H. R. R. R. Co.*, 112 App. Div. 902, affirmed.
(Argued March 5, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 22, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiffs' intestate alleged to have been caused by defendant's negligence.

*Daniel V. Murphy* for appellants.

*Charles A. Pooley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY and HISCOCK, JJ.